# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHARLES FARNSWORTH,
        Plaintiff,
    v.

PIERCE COUNTY, et al.,,
        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5036RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This cause of action is DISMISSED.

May 23, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk